UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

DENNIS BRIDGE,

        Defendant.

CR-96-002-WFN

Order of Dismissal

Upon motion of the United States to dismiss the Indictment without prejudice,

IT IS ORDERED that said motion be, and the same hereby is, granted and the Indictment is dismissed without prejudice.

DATED this _20_ day of June, 2005.

Wm. Fremming Nielsen
United States District Judge

Proposed Order

2